# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:24-cv-03938-TWT
## Andrews v. Young Consulting, LLC
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 05/07/2025.

| | |
|---|---|
| TIME COURT COMMENCED: 10:05 A.M.<br>TIME COURT CONCLUDED: 11:00 A.M.<br>TIME IN COURT: 00:55<br>OFFICE LOCATION: Atlanta | COURT REPORTER: Diane Peede<br>CSO/DUSM: 1 CSO<br>DEPUTY CLERK: Jordyn Holder |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Ben Barnow representing Ann Wasserman<br>Patrick Donathen representing William Martin<br>MaryBeth Gibson representing Faalon Andrews<br>John Goselin representing Young Consulting, LLC<br>Courtney Maccarone representing Michael Xavier<br>Jeffrey Ostrow representing Faalon Andrews<br>Amber Schubert representing Giulio Mecocci<br>Candace Smith representing Michael Xavier<br>James Tribble representing Kevin Chinchilla Montero<br>** Chelsea Lamb on behalf of California Physician Services (1:25-cv-1591-TWT, 1:25-cv-1592-TWT, and 1:25-cv-1593-TWT) |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [16] Plaintiffs' Motion to Appoint Interim Class Counsel Pursuant to Federal Rule of Civil Procedure 23(g) -GRANTED<br>[17] Motion to Appoint Lead Counsel Candace N. Smith and Courtney E. Maccarone (Interim Co-Lead)- DENIED |
| MINUTE TEXT: | Hearing held on the [16] and [17] Motions to Appoint Interim Lead Counsel. The Court heard argument on the motions. The parties Jointly orally Motioned to Consolidate Civil Action Numbers 1:25-cv-1591-TWT, 1:25-cv-1592-TWT, and 1:25-cv-1593-TWT into this matter. The Court GRANTED the motion and directed counsel to submit a proposed order. Further, the Court granted the [16] Plaintiffs' Motion to Appoint Interim Class Counsel Pursuant to Federal Rule of Civil Procedure 23(g) and DENIED the [17] Motion to Appoint Lead Counsel Candace N. Smith and Courtney E. Maccarone (Interim Co-Lead) for the reasons stated on the record. Written orders on the Court's findings forthcoming. |
| HEARING STATUS: | Hearing Concluded |