# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE: YOUNG CONSULTING
DATA BREACH LITIGATION

Case No.: 1:24-CV-03938-TWT

## ORDER REGARDING CONSOLIDATION OF ACTIONS

1.      On February 27, 2025, at ECF No. 9, this Court previously consolidated the following related actions under the first filed action in the Northern District of Georgia, *Andrews v. Young Consulting, LLC*, 1:24-cv-03938-TWT and ordered that going forward the Consolidated Action is captioned as *In Re: Young Consulting Data Breach Litigation*, Case No. 1:24-cv-03938-TWT: *Bichoffe v. Young Consulting, LLC*, 1:24-cv-03940-TWT; *Xavier v. Young Consulting, LLC*, 1:24-cv-03961-TWT; *Henson and Henson v. Young Consulting, LLC*, 1:24-cv-03981-TWT; *Kelly v. Young Consulting, LLC*, 1:24-c-04014-TWT; *Mecocci v. Young Consulting, LLC*, 1:24-cv-04045-TWT; *Sweitzer v. Young Consulting*, LLC, 1:24-cv-04053-TWT; *Wasserman v. Young Consulting, LLC and California Physicians' Service d/b/a Blue Shield of California*, 1:24-cv-04119-TWT; *Turner v. Young Consulting, LLC,* 1:24-cv-04267-TWT; *Underwood v. Young Consulting, LLC,* 1:24-cv-04319-TWT; and *Pottinger v. Young Consulting, LLC,* 1:24-cv-04318-TWT.

1

2.     The Court thereafter consolidated four additional related actions pursuant to the same order: *Werber v. Young Consulting, LLC*, 1:24-cv-4484-TWT; *Montero v. Young Consulting, LLC*, 1:24-cv-4637-TWT; *Martin v. Young Consulting, LLC*, 1:24-cv-4638-TWT; and *Albrigo v. Young Consulting, LLC*, 1:25-cv-1190-TWT.

3.     On oral motion of the Parties on May 7, 2025, the Parties jointly moved to consolidate three additional related actions into the consolidated proceeding: *Wasserman v. California Physicians' Service*, 1:25-cv-1591-TWT; *Andrews v. California Physicians Service*, 1:25-cv-159-TWT; and *Murillo v. California Physicians' Service*, 1:25-cv-1591-TWT. The Court granted the Parties' Oral Motion. *See* ECF No. 22.

4.     It is hereby **ORDERED** that the above three actions are consolidated under *In Re: Young Consulting Data Breach Litigation,* Case No. 1:24-cv-03938-TWT.

5.     The Clerk is **DIRECTED** to designate the following cases as related/member cases on CM/ECF and thereafter **ADMINISTRATIVELY TERMINATE** said cases: *Bichoffe v. Young Consulting, LLC*, 1:24-cv-03940-TWT; *Xavier v. Young Consulting, LLC*, 1:24-cv-03961-TWT; *Henson and Henson v. Young Consulting, LLC*, 1:24-cv-03981-TWT; *Kelly v. Young Consulting, LLC*,

1:24-c-04014-TWT; *Mecocci v. Young Consulting, LLC*, 1:24-cv-04045-TWT; *Sweitzer v. Young Consulting*, LLC, 1:24-cv-04053-TWT; *Wasserman v. Young Consulting, LLC and California Physicians' Service d/b/a Blue Shield of California*, 1:24-cv-04119-TWT; *Turner v. Young Consulting, LLC,* 1:24-cv-04267-TWT; *Underwood v. Young Consulting, LLC,* 1:24-cv-04319-TWT; *Pottinger v. Young Consulting, LLC,* 1:24-cv-04318-TWT; *Werber v. Young Consulting, LLC*, 1:24-cv-4484-TWT; *Montero v. Young Consulting, LLC*, 1:24-cv-4637-TWT; *Martin v. Young Consulting, LLC,* 1:24-cv-4638-TWT; *Albrigo v. Young Consulting, LLC*, 1:25-cv-1190-TWT; *Wasserman v. California Physicians' Service*, 1:25-cv-1591-TWT; *Andrews v. California Physicians Service*, 1:25-cv-159-TWT; and *Murillo v. California Physicians' Service*, 1:25-cv-1591-TWT.

6.    All papers filed in the Consolidated Action shall be filed under Case No. 1:24-cv-03938-TWT, the number assigned to the first-filed case and captioned *In Re: Young Consulting Data Breach Litigation*.

7.    Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action, shall be consolidated by the Clerk into the Consolidated Action for pre-trial purposes.

SO ORDERED this 9th day of June 2025.

The Honorable Thomas W. Thrash, Jr.
United States District Judge