UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: YOUNG CONSULTING
DATA BREACH LITIGATION

Case No.: 1:24-cv-003938-TWT

**JOINT MOTION TO STAY ALL CASE DEADLINES, INCLUDING TIME TO RESPOND TO COMPLAINT**

Defendants Young Consulting LLC and California Physicians' Service d/b/a Blue Shield of California (collectively, "Defendants") ("Defendants") and Plaintiffs Ann Wasserman, Alexandra Murillo, James Kelly, Kevin Chinchilla Montero, Mathew Werber, Emily Desley-Bloom, and Brianna Martin ("Plaintiffs") (collectively, the "Parties"), in accordance with Federal Rule of Civil Procedure 6(b)(1)(A), respectfully and jointly move this Court to stay all case deadlines, including Defendants' time to respond to Plaintiffs' Consolidated Amended Class Action Complaint ("Complaint") (Dkt. No. 31), so the Parties can explore early resolution of this matter. In support thereof, the Parties state as follows:

1. The Parties are exploring the possibility of an early mediation. The parties have agreed to mediate with Steven R. Jaffe on November 11, 2025.

2. "A district court has broad discretion to stay proceedings as an incident to

its power to control its own docket." *Mason v. Midland Funding LLC,* No. 1:16- cv-02867-LMM-RGV, 2018 WL 9439880, at *1 (N.D. Ga. Jan. 8, 2018) (citation and quotation marks omitted). "When deciding whether to grant a stay, courts generally consider the following factors: (1) whether a stay would unduly prejudice or present a tactical disadvantage to the nonmovant; (2) whether a stay will simplify the issues in the case; and (3) whether discovery is complete and a trial date has been set." *Tomco Equip. Co. v. S.E. Agri-Systems, Inc.*, 542 F. Supp. 2d 1303, 1307 (N.D. Ga. 2008). "The Court must weigh each factor and determine if a stay will serve the interests of justice." *Id.*

3.  The Parties have conferred and agree that a stay of this action is appropriate based on the Parties' desire to attempt to resolve this dispute through early mediation.

4.  Discovery has not yet started, an initial scheduling conference has not been held, and no trial date has been set. A stay also would promote efficiency and economy of time and effort for the Court and the Parties.

5.  Based on the foregoing, the Parties submit that good cause is shown for the requested stay of case deadlines and that a stay will be of limited duration and will not delay these proceedings or prejudice any party.

WHEREFORE, the Parties respectfully request that this Court issue an order staying these proceedings.

This 22nd day of September, 2025.

                    Respectfully submitted,

| | |
|---|---|
| */s/ J. Cameron Tribble* | */s/ John H. Goselin II* |
| J. Cameron Tribble | John H. Goselin II |
| Georgia Bar No. 754759 | Georgia Bar No. 302917 |
| BARNES LAW GROUP, LLC | Pierson Ferdinand, LLP |
| 31 Atlanta Street | 3545 Broad Street, P.O. Box 80674 |
| Marietta, GA 30060 | Atlanta, Georgia 30366 |
| Telephone: (770) 227-6375 | Tel (678) 478-3570 |
| ctribble@barneslawgroup.com | john.goselin@pierferd.com |
| | |
| J. Austin Moore* | ***Attorney for Defendant Young Consulting LLC*** |
| STUEVE SIEGEL HANSON LLP | |
| 460 Nichols Road, Suite 200 | |
| Kansas City, Missouri 64112 | |
| Telephone: (816) 714-7100 | */s/ Christopher A. Wiech* |
| siegel@stuevesiegel.com | Christopher A. Wiech |
| moore@stuevesiegel.com | Chelsea Morgan Lamb |
| tanner@stuevesiegel.com | Baker & Hostetler LLP |
| | 1170 Peachtree Street, Ste 2400 |
| | Atlanta, GA 30309 |
| Patrick D. Donathen* | Telephone: 404-946-9814 |
| LYNCH CARPENTER LLP | Email: cwiech@bakerlaw.com |
| 1133 Penn Avenue, 5th Floor | Email: clamb@bakerlaw.com |
| Pittsburgh, PA 15222 | |
| Telephone: (412) 322-9243 | |
| gary@lcllp.com | ***Attorneys for Defendant California Physicians Service d/b/a Blue Shield of California*** |
| patrick@lcllp.com | |

***Plaintiffs' Co-Lead Counsel***

***Attorneys for Plaintiffs and the Proposed Class***

3

## RULE 7.1(D) CERTIFICATE

The undersigned counsel for Defendant California Physicians' Services d/b/a Blue Shield of California certifies that this document was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1(C) of the United States District Court for the Northern District of Georgia.

Dated: September 22, 2025.

>   */s/ Christopher A. Wiech*
>   Christopher A. Wiech
>   Georgia Bar No. 757333

## CERTIFICATE OF SERVICE

I certify that on this day, September 22, 2025 I have electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to all registered CM/ECF users.

>   */s/ Christopher A. Wiech*
>   Christopher A. Wiech
>   Georgia Bar No. 757333