## UNITED STATED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **IN RE: YOUNG CONSULTING DATA BREACH LITIGATION** | Case No.: 1:24-cv-003938-TWT |

## ORDER

On this day, the Court considered Plaintiffs' and Defendants' Joint Motion to Stay (the "Joint Motion") pending the outcome of mediation. Having considered the Joint Motion, the pleadings on file in this matter, and argument of counsel, the Court concludes that the Joint Motion should be granted.

IT IS HEREBY ORDERED that the Joint Motion is **GRANTED** and that all case deadlines are stayed until December 12, 2025, unless the parties seek an extension before that time. The parties shall file a status report with the Court within fourteen (14) days after the conclusion of mediation.

**IT IS SO ORDERED** this 26th day of September 2025**.**

The Honorable Thomas W. Thrash Jr.