**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE: YOUNG CONSULTING DATA BREACH LITIGATION** | Case No. 1:24-CV-03938-TWT |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mark Sweitzer hereby gives notice that his individual claims in this action against Young Consulting, LLC, are voluntarily dismissed **without prejudice**. No Answer or Motion for Summary Judgment has been filed in this case.

Dated: November 11, 2025

Respectfully submitted,

*/s/ William B. Federman*
William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
(405) 235-1560
(405) 239-2112 (facsimile)
*wbf@federmanlaw.com*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ William B. Federman*
William B. Federman